OPINION — AG — ** STATE BOARD OF COSMETOLOGY — SUPPLIES — OFFICE — COMPETITIVE BIDDING ** HOUSE BILL NO. 129, SUPERCEDES 74 O.S. 64 [74-64] AND THAT THE STATE BOARD OF COSMETOLOGY HAS AUTHORITY TO MAKE PURCHASES OF PRINTING, SUPPLIES, ETC., WITHOUT MAKING REQUISITION THEREFOR TO THE STATE BOARD OF PUBLIC AFFAIRS. (PURCHASES, EXPENDITURES FEES, SEPARATE ACCOUNT, STATE COSMETOLOGY FUND) CITE: 59 O.S. 199.15 [59-199.15], 74 O.S. 64 [74-64] (MAINARD KENNERLY)